**Exhibit B**

**Exhibit B**

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss | SUPERIOR COURT<br>CIVIL ACTION NO. 2481CV02966 |

LINDA DENNING,

        Plaintiff,

  v.

BRIGHAM AND WOMEN'S HOSPITAL, INC.,

        Defendant.

## **NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that this case, which was previously pending in the Superior Court of Middlesex County, Commonwealth of Massachusetts, has been removed to the United States District Court for the District of Massachusetts by Defendant Brigham and Women's Hospital, Inc., pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446.  A copy of the Notice of Removal, filed with the United States District Court for the District of Massachusetts, is attached hereto as <u>Exhibit 1</u>.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, this Court "shall proceed no further unless and until the case is remanded."

DATED: December 3, 2024         Respectfully submitted,

BRIGHAM AND WOMEN'S HOSPITAL, INC.,

By their attorneys:

*/s/Kristin G. McGurn*
Kristin G. McGurn (BBO No. 559687)
kmcgurn@seyfarth.com
Dawn Solowey (BBO No. 567757)
dsolowey@seyfarth.com
Michael E. Steinberg (BBO No. 690997)
msteinberg @seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, a true copy of the above document was served by email upon:

John G. Mateus
400 W. Cummings Park
Suite 1725-119
Woburn, MA 01801
john@MateusLaw.com

*Counsel for Plaintiff*

*/s/ Kristin G. McGurn*
Kristin G. McGurn

2