**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LINDA DENNING,<br><br>        Plaintiff,<br><br>v.<br><br>BRIGHAM AND WOMEN'S HOSPITAL, INC.,<br><br>        Defendant. | Case No. 1:24-cv-12980-JEK |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS (DKT 13)**

Pursuant to Local Rule 7.1(b)(3), Defendant Brigham and Women's Hospital, Inc. respectfully requests leave, to file an approximately seven (7)-page reply brief - a copy of which is attached hereto as **Exhibit A** - in support of its Motion to Dismiss Plaintiff Linda Denning's ("Plaintiff") Complaint. Plaintiff does not oppose this motion. As grounds for this motion, Defendant states as follows:

1. Defendant filed its Motion to Dismiss (the "Motion") on January 10, 2025 (Dkt. 13).

2. On January 24, 2025, Plaintiff filed her Opposition to the Motion to Dismiss (Dkt 15).

3. On February 3, 2025, the parties conferred regarding Defendant's anticipated motion for leave to file a reply brief. Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

4. Defendant submits that a reply brief will assist the Court in resolving Defendant's Motion. Defendant further states that its proposed reply is narrowly tailored to address particular arguments made in Plaintiff's Opposition. Plaintiff does not oppose this motion.

316012209v.1

5. Accordingly, Defendant respectfully requests leave to file a reply brief. A copy of the proposed reply for filing is attached as **Exhibit A**.

DATED: February 4, 2025                     Respectfully submitted,

*/s/ Michael E. Steinberg*
Kristin G. McGurn (BBO No. 559687)
kmcgurn@seyfarth.com
Dawn R. Solowey (BBO No. 567757)
dsolowey@seyfarth.com
Michael E. Steinberg (BBO No. 690997)
msteinberg@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

Attorneys for

BRIGHAM AND WOMEN'S HOSPITAL

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendant and Plaintiffs' counsel conferred on February 3, 2025. Plaintiff's counsel indicated that Plaintiff does not oppose the foregoing motion.

*/s/ Michael E. Steinberg*
Michael E. Steinberg

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2025, a copy of the foregoing document was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s Michael E. Steinberg*
Michael E. Steinberg

316012209v.1